## JOHN A. ANDERSON v. ADOLPH PETERSON.[1]

May 29, 1914.

Nos. 18,557—(89).

**Verdict sustained by evidence.**

Where the evidence was flatly contradictory, the jury rendered a verdict in favor of plaintiff. The evidence was sufficient to sustain the verdict, and the record discloses no ground for setting it aside. [Reporter.]

Action in the district court for Clearwater county to recover $16.10, balance due for goods sold and delivered. The answer expressly denied indebtedness in any sum whatever. The case was tried before Wright, J., and a jury which returned a verdict in favor of plaintiff. From an order denying his motion for a new trial, defendant appealed. Affirmed.

*J. A. Hendricks*, for appellant.

*Oscar T. Stenvick*, for respondent.

PER CURIAM.

The only question presented in this case is whether the version of the transaction given by plaintiff or that given by defendant is correct. They flatly contradict each other. It is the province of the jury to determine controverted ques-

[1] Reported in 147 N. W. 426.

tions of fact, and their decision, if reasonably supported by the evidence, is binding upon the court. The disputed questions were properly submitted to the jury and they have found in favor of plaintiff. The evidence is sufficient to sustain the verdict, and the record discloses no ground which will justify this court in setting it aside.

Order affirmed.